IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

GUY D. VAN CURLER,

    Plaintiff,

v.

UNITED STATES POSTAL SERVICE,

    Defendant.

Case No. 6:23-cv-01156-MK

ORDER

MCSHANE, Judge:

    Magistrate Judge Mustafa T. Kasubhai filed a Findings and Recommendation (ECF No. 9), and the matter is now before this Court on Defendant's objections. *See* 28 U.S.C. § 636(b)(1)(B), Fed. R. Civ. P. 72(b). I review *de novo*. *United States v. Bernhardt*, 840 F.2d 1441, 1445 (9th Cir. 1998). I find no error and conclude the report is correct.

    Magistrate Judge Kasubhai's Findings and Recommendation (ECF No. 9) is adopted in full. The case is dismissed.

IT IS SO ORDERED.

    DATED this 19th day of March, 2024.

                                                /s/Michael McShane

                                                Michael McShane
                                                United States District Judge

1 –ORDER